AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of South Dakota

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | Case No.  5:19-mj-135 |
| *or identify the person by name and address)* | ) | |
| Residence of Dale Martin, Jr., ██████████ | ) | |
| ██████████ | ) | |
| ██████ Pine Ridge, SD | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ South Dakota _____ *(identify the person or describe the property to be searched and give its location):*

Residence of Dale Martin, Jr., ████████████████████████████
█████████ Pine Ridge, SD

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Evidence of a crime, as listed in the attached affidavit, which is incorporated by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _November 16, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Daneta Wollmann _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _11-2-19   11:30 pm_            _[signature]_
                                                      *Judge's signature*

City and state:     Rapid City, South Dakota            Daneta Wollmann
                                                      *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>5:19-mj-135 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 5:19-mj-135
)
Residence of Dale Martin, Jr., ▆▆▆▆▆▆▆ )
▆▆▆▆▆▆▆▆▆▆▆ Pine Ridge, SD )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Residence of Dale Martin, Jr., ▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆ Pine Ridge, SD

located in the _____Western_____ District of _____South Dakota_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Affidavit in support of search warrant, which is incorporated herein by this reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 81 | Arson |

The application is based on these facts:
See attached affidavit, which is incorporated by this reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Christian M. Corwin
*Printed name and title*

Sworn to in person.

Date: 11-2-19

_____
*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH
OF:

CR 5:19-mj-135

The property located near Pine Ridge,
SD, known as the Residence of Dale
Martin, Jr., ███████████████████

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR
SEARCH WARRANT**

████████ Pine Ridge, SD

STATE OF SOUTH DAKOTA )
                       )
COUNTY OF PENNINGTON   )

I, Christian M. Corwin, Special Agent (SA) with the Federal Bureau of

Investigation (FBI), Rapid City, South Dakota, being duly sworn, state as

follows to obtain a search warrant to obtain a search warrant for the Dale

Martin, Jr. residence:

1. I have approximately 10 years of law enforcement experience with the

   FBI as a Special Agent.   During that time I have investigated crimes

   occurring within Indian country, including violations of 18 U.S.C. § 81.

   The following information is based on investigation by Bureau of Indian

   Affairs special agents, and Oglala Sioux Tribe Department of Public

   Safety officers.   This affidavit does not contain the entirety of my

   knowledge regarding this investigation.

2. This affidavit is made in support of an application for a search warrant to

   search for and seize evidence of a violation of Title 18 U.S.C. § 81, which

   criminalizes the offense of arson.   The items and location that are the

subject of the search and seizure applied for in this affidavit are more specifically a search of the home and surrounding area of the residence of Dale Martin, Jr., ███████████████████████████████ ████████████████████████████████████████ Pine Ridge, SD.

3. On November 2, 2019, law enforcement officials were notified of a fire at a residence near Pine Ridge, South Dakota, at an address at ████████ ████████████████████████████████████████████ ██████████████████████ Pine Ridge, SD.

4. On November 2, 2019, the Oglala Sioux Tribe Dispatch Center was informed of a fire at a trailer house across from the bus depot near Pine Ridge, SD.   The Martin Fire Department from Martin, South Dakota, responded to the fire.   Later it was determined the house was most recently occupied by Dale Martin, Jr.

5. Oglala Sioux Tribe Department of Public Safety (OSTDPS) officers responded to the residence.

6. Officers learned that a fire occurred at the residence, resulting in extensive damage to the residence.   Law enforcement learned that the north side door to the residence was pushed open and the house was engulfed in flames.

7. At the Dale Martin, Jr. residence, law enforcement personnel noticed vehicle tire tracks that backed away from the residence and appeared to stop near large tree stumps, as if the vehicle making the tracks had backed into those stumps.

2

8. During subsequent investigation, law enforcement learned that witnesses had seen an individual named Brendan Schreiner at the Charles Shrader residence a short time before a separate fire occurred at that residence, at some point after the Dale Martin, Jr. residence started on fire. Brendan Schreiner was reported by witnesses to be leaving the residence in a gold-colored Chevrolet Impala. OSTDPS officers began to search the area for that vehicle. The officers made contact with the vehicle near the Pine Ridge United States Post Office. There, they conducted a traffic stop of the vehicle. Brendan Schreiner was the passenger in the vehicle, which was driven by Patricia Black Feather. A second female, Stephanie Mesteth, a/k/a Stephanie Martin, also was a passenger in the vehicle.

9. Officers asked the two females about what they knew regarding the fire at Charles Shrader's residence. The females agreed to provide written statements about the information they had about the fire.

10.     In her written statement, Patricia Black Feather provided information that she had noticed smoke coming from the Charles Shrader residence. Patricia Black Feather wrote in her statement that Brendan Schreiner informed her that he had started that fire.

11.     Comparison of the tire tracks from the Dale Martin, Jr. residence, near the aforementioned tree stumps, appeared by visual comparison to be consistent with the tire treads of the Chevrolet Impala in which Brendan Schreiner was located. The rear bumper of the Chevrolet

3

Impala had scratch marks near the rear license plate and right side of the bumper.

12.     FBI Special Agent Daniel Cooper has informed the undersigned that Charles Shrader is the subject of an ongoing investigation related to the possession and distribution of controlled substances, specifically, cocaine and marihuana, in and around the Pine Ridge Reservation.

13.     Brendan Schreiner and Charles Shrader are known to be associates in the possession and distribution of controlled substances.

14.     Based on my training and experience I am aware that the location described above, in Pine Ridge, SD, is within the exterior boundaries of the Pine Ridge Indian Reservation, and is considered "Indian country."   I have been informed Dale Martin, Jr. and Brandon Schreiner are enrolled members of the Oglala Sioux Tribe.

15.     I am aware that in investigations involving burned structures, it can be useful to obtain information about the cause and origin of the fire, which would require law enforcement to enter what remains of the structure or property that burned.

16.     Based on the foregoing, I submit there is probable cause to believe that the residence and area surrounding the residence of Dale Martin, Jr. may contain evidence of the offense of arson, and I request a search warrant be issued authorizing search of and seizure from the residence of Dale Martin, Jr. for evidence of a violation of 18 U.S.C. §§ 1153 and 81.

4

Further your affiant saith not.

Dated: ___11/2/19___            _____
                                Christian M. Corwin
                                Special Agent, Federal Bureau of
                                Investigation

SUBSCRIBED and SWORN to before me via teleconference
this _2nd_ day of November, 2019.

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

5